1  JODY L. WINTER, #249592
   LLOYD WINTER, P.C.
2  1713 Tulare Street, #122
   Fresno, CA  93721
3  Telephone:    (559) 233-3636
   Facsimile:    (559) 579-1530
4  jwinter@lloydwinterlaw.com

5  Attorneys for defendants Eric Hirschfield, an
   individual, and James Winter, an individual
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11  WESTCHESTER SURPLUS LINES          CASE NO. 1:13-cv-00383-LJO-BAM
    INSURANCE COMPANY
12                                     **STIPULATION TO EXTEND TIME TO**
                                       **FILE ANSWER; ORDER THEREON**
13              Plaintiff,

14  v.

15
    STRONGTOWER FINANCIAL INC.,
16  a California corporation; DEANNA
    L. BUCHHOLZ, an individual; ERIC
17  HIRSFIELD, an individual; JAMES
    WINTER, an individual; KATHERINE
18  S. WESTLAKE, an individual;
    RAYMOND K. JONES, an individual;
19  ANA GONZALEZ, an individual and
    Trustee of Gonzalez Trust UAD
20  5-29-07 and Estate of Cesar T.
    Gonzalez; VICTOR MICHELS, an
21  individual; JEFFREY S. RAYNES, an
    individual and as Trustee of the Jeffrey
22  S. Raynes Defined Benefit and 401K
    Profit Sharing Plan and Trust; RANDI
23  ARMSTRONG, an individual, AND
    KATHLEEN A. GARRETT, an
24  Individual; and DOES 1-250,

25              Defendants.

26

27

28

_____
MOTION AND STIPULATION TO EXTEND TIME TO FILE ANSWER

1    IT IS HEREBY STIPULATED pursuant to local rule (E.D. Cal. L.R. 144(a)) by

2  and between plaintiff Westchester Surplus Lines Insurance Company, by and through

3  their attorney of record, London Fischer, LLP, and defendants Eric Hirschfield and

4  James Winter, by and through their attorney of record Lloyd Winter, P.C., to extend the

5  time in which to file an answer or responsive motion to the complaint for interpleader for

6  36 days up to and including Tuesday, July 23, 2013.

7    These stipulating parties are engaged in settlement discussions and hereby request

8  additional time to continue those discussions before these stipulating defendants must

9  answer or respond to the complaint in this matter.  Currently, the response of stipulating

10  defendants is due on Monday, June 17, 2013.

11    These stipulating parties have one previous extension of 28 days pursuant to Local

12  Rule 144(a), and hereby move and request the Court's approval of this additional

13  extension pursuant to Local Rule 144(a), (b), and (d).

14

15  Dated:  June 13, 2013                    LONDON FISCHER LLP, a
                                             limited liability partnership
16

17

18                                          By: _____
                                                 Richard S. Endres,
19                                               Attorney for plaintiff, Westchester
                                                 Surplus Lines Insurance Company
20

21  Dated:  June 13, 2013                    LLOYD WINTER, a
                                             professional corporation
22

23

24                                          By: _____
                                                 Jody L. Winter,
25                                               Attorney for defendants Eric
                                                 Hirschfield and James Winter
26  / / / /

27  / / / /

28                                    -1-

**ORDER**

The above Stipulation of the parties is APPROVED. Defendants Eric Hirschfield and James Winter shall have up to and including July 23, 2013, to respond to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated:   **June 14, 2013**               ____/s/ *Barbara A. McAuliffe*____
                                        UNITED STATES MAGISTRATE JUDGE

-2-