1  JODY L. WINTER, #249592
   LLOYD WINTER, P.C.
2  1713 Tulare Street, #122
   Fresno, CA 93721
3  Telephone:  (559) 233-3636
   Facsimile:   (559) 579-1530
4  jwinter@lloydwinterlaw.com

5  Attorneys for defendants Eric Hirschfield, an individual, and James Winter, an individual

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>STRONGTOWER FINANCIAL INC., a California corporation; DEANNA L. BUCHHOLZ, an individual; ERIC HIRSFIELD, an individual; JAMES WINTER, an individual; KATHERINE S. WESTLAKE, an individual; RAYMOND K. JONES, an individual; ANA GONZALEZ, an individual and Trustee of Gonzalez Trust UAD 5-29-07 and Estate of Cesar T. Gonzalez; VICTOR MICHELS, an individual; JEFFREY S. RAYNES, an individual and as Trustee of the Jeffrey S. Raynes Defined Benefit and 401K Profit Sharing Plan and Trust; RANDI ARMSTRONG, an individual, AND KATHLEEN A. GARRETT, an Individual; and DOES 1-250,<br><br>Defendants. | CASE NO. 1:13-cv-00383-LJO-BAM<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER AND CONTINUING THE SCHEDULING CONFERENCE**<br><br>**New Scheduling Conference:**<br><br>**October 22, 2013**<br>**8:30 a.m.**<br>**Department 8 (BAM)** |

1   IT IS HEREBY STIPULATED pursuant to local rule (E.D. Cal. L.R. 144(a)) by
2   and between plaintiff Westchester Surplus Lines Insurance Company, by and through
3   their attorney of record, London Fischer, LLP, and defendants Eric Hirschfield and
4   James Winter, by and through their attorney of record Lloyd Winter, P.C., to extend the
5   time in which to file an answer or responsive motion to the complaint for interpleader for
6   30 days up to and including Monday, September 23, 2013.

7   These stipulating parties have engaged in settlement discussions, drafted the
8   settlement agreement and it is being circulated for signatures. Defendants Hirschfield
9   and Winter have already signed the agreement. Therefore, the Parties hereby request
10  additional time to gather those signatures before these stipulating defendants must
11  answer or respond to the complaint in this matter. Currently, the response of stipulating
12  defendants is due on Thursday, August 22, 2013.

13  These stipulating parties have previous extensions pursuant to Local Rule 144(a),
14  and hereby move and request the Court's approval of this additional extension pursuant
15  to Local Rule 144(a), (b), and (d).

16  Dated: August 22, 2013         LONDON FISCHER, LLP, a
                                    limited liability partnership
17

18
                                    By:      /s/ Richard S. Endres
19                                       Richard S. Endres,
                                         Attorney for plaintiff, Westchester
20                                       Surplus Lines Insurance Company

21  Dated: August 22, 2013         LLOYD WINTER, a
                                    professional corporation
22

23
                                    By:      /s/ Jody L. Winter
24                                       Jody L. Winter,
                                         Attorney for defendants Eric
25                                       Hirschfield and James Winter

26  / / / /

27  / / / /

28

**ORDER**

The parties having so stipulated and good cause appearing, **IT IS HEREBY ORDERED**:

(1) Defendants may have up to and including September 23, 2013 to file a responsive pleading in this matter;

(2) the INITIAL SCHEDULING CONFERENCE set for September 18, 2013 is continued to **October 22, 2013 at 8:30AM** in Courtroom 8 before Judge McAuliffe. A JOINT Scheduling Conference Report, carefully prepared and executed by all counsel, shall be electronically filed in full compliance with the requirements set forth in the Order Setting Mandatory Scheduling Conference, one (1) full week prior to the Scheduling Conference, and a copy shall be e-mailed, in WordPerfect or Word format, to bamorders@caed.uscourts.gov. The parties may appear by telephone.

IT IS SO ORDERED.

Dated: **August 23, 2013**          /s/ *Barbara A. McAuliffe*
                              UNITED STATES MAGISTRATE JUDGE