1  JODY L. WINTER, #249592
   LLOYD WINTER, P.C.
2  1713 Tulare Street, #122
   Fresno, CA  93721
3  Telephone:   (559) 233-3636
   Facsimile:    (559) 579-1530
4  jwinter@lloydwinterlaw.com

5  Attorneys for defendants Eric Hirschfield, James
   Winter, and Deanna Buchholz

6

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY | CASE NO. 1:13-cv-00383-LJO-BAM |
| Plaintiff, | **STIPULATION AND ORDER TO SET ASIDE THE CLERK'S DEFAULT OF DEANNA L. BUCHHOLZ** |
| v. | |
| STRONGTOWER FINANCIAL INC., a California corporation; DEANNA L. BUCHHOLZ, an individual; ERIC HIRSFIELD, an individual; JAMES WINTER, an individual; KATHERINE S. WESTLAKE, an individual; RAYMOND K. JONES, an individual; ANA GONZALEZ, an individual and Trustee of Gonzalez Trust UAD 5-29-07 and Estate of Cesar T. Gonzalez; VICTOR MICHELS, an individual; JEFFREY S. RAYNES, an individual and as Trustee of the Jeffrey S. Raynes Defined Benefit and 401K Profit Sharing Plan and Trust; RANDI ARMSTRONG, an individual, AND KATHLEEN A. GARRETT, an Individual; and DOES 1-250, | |
| Defendants. | |

IT IS STIPULATED by and between plaintiff Westchester Surplus Lines Insurance Company, by and through its attorney of record, London Fischer LLP, and defendant Deanna L. Buchholz, by and through her attorney of record Lloyd Winter, P.C., to set aside the default entered against her on August 12, 2013, document number 40 on the Court's docket.

Dated: __September 4__, 2013        LONDON FISCHER LLP, a
                                    limited liability partnership


                                    By: __/s/ Jonathan Sher__
                                        Richard S. Endres,
                                        Attorney for plaintiff, Westchester
                                        Surplus Lines Insurance Company


Dated: __August 30__, 2013          LLOYD WINTER, a
                                    professional corporation


                                    By: __/s/ Jody L. Winter__
                                        Jody L. Winter,
                                        Attorney for defendant Deanna L.
                                        Buchholz

-1-

# **ORDER**

Pursuant to the stipulation filed by the parties on September 5, 2013 (Doc. 44) and for good cause appearing, **IT IS HEREBY ORDERED:**

1) The Clerk of the Court is ordered to set aside default entered on August 12, 2013 against Defendant Deanna L. Buchholz, in the above-referenced action (Doc. 40);

2) Defendant is ordered to file an answer to the complaint no later than September 17, 2013;

3) The initial scheduling conference set for October 22, 2013 at 8:30AM before the Honorable Barbara A. McAuliffe in Courtroom 8 will proceed as scheduled.

IT IS SO ORDERED.

Dated:   **September 6, 2013**                    /s/ *Barbara A. McAuliffe*
                                                                  UNITED STATES MAGISTRATE JUDGE