1  JODY L. WINTER, #249592
   LLOYD WINTER, P.C.
2  1713 Tulare Street, #122
   Fresno, CA  93721
3  Telephone:    (559) 233-3636
   Facsimile:     (559) 420-0331
4  jwinter@lloydwinterlaw.com

5  Attorneys for defendants Eric Hirschfield, James
   Winter, and Deanna Buchholz.

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11  WESTCHESTER SURPLUS LINES          CASE NO. 1:13-cv-00383-LJO-BAM
    INSURANCE COMPANY
12                                     **STIPULATION FOR DISMISSAL OF**
                Plaintiff,             **ACTION AS TO DEFENDANTS JAMES**
13                                     **WINTER AND ERIC HIRSCHFIELD;**
    v.                                 **ORDER**
14

15
    STRONGTOWER FINANCIAL INC.,
16  a California corporation; DEANNA
    L. BUCHHOLZ, an individual; ERIC
17  HIRSFIELD, an individual; JAMES
    WINTER, an individual; KATHERINE
18  S. WESTLAKE, an individual;
    RAYMOND K. JONES, an individual;
19  ANA GONZALEZ, an individual and
    Trustee of Gonzalez Trust UAD
20  5-29-07 and Estate of Cesar T.
    Gonzalez; VICTOR MICHELS, an
21  individual; JEFFREY S. RAYNES, an
    individual and as Trustee of the Jeffrey
22  S. Raynes Defined Benefit and 401K
    Profit Sharing Plan and Trust; RANDI
23  ARMSTRONG, an individual, AND
    KATHLEEN A. GARRETT, an
24  Individual; and DOES 1-250,

25              Defendants.

26

27

28

IT IS HEREBY STIPULATED pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) by and between plaintiff Westchester Surplus Lines Insurance Company, by and through its attorney of record, London Fischer, LLP, and defendants Eric Hirschfield and James Winter, by and through their attorney of record Lloyd Winter, P.C., that this action be dismissed with prejudice as to defendants Eric Hirschfield and James Winter.

These stipulating parties have entered into a settlement agreement which calls, in part, for the stipulating defendants to be dismissed from this action with prejudice.

Dated:  September 23, 2013

LONDON FISCHER, LLP, a
limited liability partnership

By:_____/s/ Jonathan Sher_____
Richard S. Endres,
Attorney for plaintiff, Westchester
Surplus Lines Insurance Company

Dated:  September 20, 2013

LLOYD WINTER, a
professional corporation

By:_____/s/ Jody L. Winter_____
Jody L. Winter,
Attorney for defendants Eric
Hirschfield and James Winter

**IT IS SO ORDERED.**

**Dated:  September 24, 2013**

**By: /s/ Lawrence J. O'Neill**
**United States District Judge**

-1-