UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

WESTCHESTER SURPLUS          CASE NO. CV F 13-0383 LJO BAM
LINES INSURANCE COMPANY,

              Plaintiff,          **ORDER TO DISMISS CERTAIN**
                           **DEFENDANT**
                           (Doc. 61.)

    vs.

STRONGTOWER FINANCIAL
INC., et al.,

             Defendants.
_____/

    Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES without prejudice this entire action and all claims against defendant Raymond K. Jones only.  The clerk is directed not to close this action.

IT IS SO ORDERED.

  Dated:   __**January 3, 2014**__          _____**/s/ Lawrence J. O'Neill**_
                                 UNITED STATES DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28