# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| WESTCHESTER SURPLUS LINES INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>STRONGTOWER FINANCIAL INC., et al.,<br><br>Defendants. | Case No. 1:13-cv-00383-BAM<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS WITHIN THIRTY DAYS |
|---|---|

The Court conducted a settlement conference in this action on June 20, 2014, at which the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED;

2. The parties shall file dispositional documents within thirty days from the date of service of this order; and

3. This Court shall retain jurisdiction to enforce the settlement agreement reached by the parties.

IT IS SO ORDERED.

Dated:   **June 23, 2014**

UNITED STATES MAGISTRATE JUDGE