# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>STRONGTOWER FINANCIAL INC., et al.,<br><br>    Defendants | Case No. 1:13-cv-00383-BAM<br><br>ORDER GRANTING CONTINUANCE OF DATE FOR DISPOSITIVE DOUCMENTS |

Pursuant to the stipulation reached by the parties and good cause appearing, IT IS SO ORDERED that the dispositive documents shall be filed on or before August 25, 2014.

IT IS SO ORDERED.

Dated:   **July 23, 2014**

_____
UNITED STATES MAGISTRATE JUDGE