# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>STRONGTOWER FINANCIAL INC., et al.,<br><br>Defendants. | Case No.  1:13-cv-00383-BAM<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>DEADLINE:  September 26, 2014 |

This action was settled during a settlement conference with the undersigned on June 20, 2014.  On August 25, 2014, a telephonic conference was held regarding the settlement agreement.  Counsel Jonathon Sher and Richard Endres appeared for Plaintiff and Counsel Jody Winter appeared for Deanna Buchholz, Counsel Jon Furgison appeared for Ana Gonzalez, Counsel Thomas Jacobson appeared for Randi Armstrong, and Jeffrey Raynes, and Counsel Douglas Griffin appeared for California Baptist Association and Strongtower Financial Inc.

///
///
///
///
///

1

1    Based upon the discussions in the telephonic conference, it is HEREBY ORDERED that:

2    1.   The settlement paperwork shall be submitted for approval between the parties by

3         September 9, 2014; and

4    2.   The parties shall file dispositional documents on or before September 26, 2014.

IT IS SO ORDERED.

Dated:   **August 25, 2014**

UNITED STATES MAGISTRATE JUDGE