RICHARD S. ENDRES, Esq.  (SBN 144853)
rendres@londonfischer.com
JONATHON F. SHER, Esq. (SBN 58288)
jsher@londonfischer.com
**LONDON FISCHER LLP**
2505 McCabe Way, Suite 100
Irvine, California 92614
T:  (949) 252-0550
F:  (949) 252-0553


Attorneys for Plaintiff
WESTCHESTER SURPLUS LINES INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY | Case No. 1:13-CV-00383-BAM |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL OF ACTION AS TO DEFENDANT KATHERINE S. WESTLAKE; ORDER** |
| STRONGTOWER FINANCIAL INC., a California Corporation; DEANNA L. BUCHHOLZ, an individual; ERIC HIRSCHFIELD, an individual; JAMES WINTER an individual; KATHERINE S. WESTLAKE an individual; RAYMOND K. JONES an individual; ANA GONZALEZ, an individual and trustee of Gonzalez Trust UAD 5-29-07 and the Estate of Cesar T. Gonzalez; VICTOR MICHELS, an individual, JEFFREY S. RAYNES, an individual and as trustee of the Jeffrey S. Raynes Defined Benefit and 401K Profit Sharing Plan and Trust; RANDI ARMSTRONG, an individual, AND KATHERINE A. GARRETT, an individual; and DOES 1-250 | |
| Defendants | |

IT IS HEREBY STIPULATED pursuant to Federal Rule of Civil Procedure 4

J(a)(l)(A)(ii) by and between plaintiff Westchester Surplus Lines Insurance Company, by and

through its attorney of record, London Fischer, LLP, and defendant Katherine S. Westlake, in pro per, that this action be dismissed with prejudice as to defendant Katherine S. Westlake.

These stipulating parties have entered into a settlement agreement which calls, in part, for the stipulating defendant to be dismissed from this action with prejudice.

Each party is to bear its own attorney's fees and costs.


Dated: September 18, 2014                      LONDON FISCHER LLP

                                               By: /s/Jonathon Sher
                                               Richard S. Endres
                                               Jonathon F. Sher
                                               Attorneys for Plaintiff
                                               WESTCHESTER SURPLUS LINES
                                               INSURANCE COMPANY


Dated: September 17, 2014        By: /s/Katherine S. Westlake
                                 KATHERINE S. WESTLAKE
                                 (original signature retained by attorney
                                 Jonathon Sher)

### ORDER

The parties having so stipulated, IT IS HEREBY ORDERED that Defendant Katherine Westlake **only** be DISMISSED from this action with prejudice.  Each party is to bear its own attorney's fees and costs.


IT IS SO ORDERED.

Dated:   **September 19, 2014**          /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE