# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| WESTCHESTER SURPLUS LINES INSURANCE COMPANY, | Case No. 1:13-cv-00383-BAM |
|---|---|
| Plaintiff, | ORDER GRANTING CONTINUANCE OF DATE FOR DISPOSITIVE DOCUMENTS |
| v. | |
| STRONGTOWER FINANCIAL INC., et al., | |
| Defendants | |

The court conducted a telephonic conference on the status of the settlement in the above entitled action. As discussed during the conference, IT IS HEREBY ORDERED that the deadline for the parties to file dispositional documents is extended to November 3, 2014.

IT IS SO ORDERED.

Dated:   **October 2, 2014**

UNITED STATES MAGISTRATE JUDGE