# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY<br><br>　　　　　Plaintiff,<br><br>v.<br><br>STRONGTOWER FINANCIAL INC., a California Corporation; DEANNA L. BUCHHOLZ, an individual; ERIC HIRSCHFIELD, an individual; JAMES WINTER an individual; KATHERINE S. WESTLAKE an individual; RAYMOND K. JONES an individual; ANA GONZALEZ, an individual and trustee of Gonzalez Trust UAD 5-29-07 and the Estate of Cesar T. Gonzalez; VICTOR MICHELS, an individual, JEFFREY S. RAYNES, an individual and as trustee of the Jeffrey S. Raynes Defined Benefit and 401K Profit Sharing Plan and Trust; RANDI ARMSTRONG, an individual, AND KATHERINE A. GARRETT, an individual; and DOES 1-250<br><br>　　　　　Defendants | Case No. 1:13-CV-00383 BAM<br><br>**ORDER DISMISSING DEFENDANT DEANNA BUCHHOLZ**<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE DEANNA BUCHHOLZ ON THE DOCKET** |

　　　Pursuant to the stipulation filed on November 10, 2014 (Doc. 109) between Plaintiff, Westchester Surplus Lines Insurance Co., and Defendant Deanna Bucholz, Defendant Deanna Buchholz is dismissed from this action with prejudice under Fed. R. Civ. Pro. 41(a)(1)(A)(ii). Each party is to bear its own attorney's fees and costs. The Clerk is directed to terminate Deanna Buchholz on the docket.

IT IS SO ORDERED.

　　　Dated:　**November 12, 2014**　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE