1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>STRONGTOWER FINANCIAL INC., a California corporation; DEANNA L. BUCHHOLZ, an individual; ERIC HIRSFIELD, an individual; JAMES WINTER, an individual; KATHERINE S. WESTLAKE, an individual; RAYMOND K. JONES, an individual; ANA GONZALEZ, an individual and Trustee of Gonzalez Trust UAD 5-29-07 and Estate of Cesar T. Gonzalez; VICTOR MICHELS, an individual; JEFFREY S. RAYNES, an individual and as Trustee of the Jeffrey S. Raynes Defined Benefit and 401K Profit Sharing Plan and Trust; RANDI ARMSTRONG, an individual, AND KATHLEEN A. GARRETT, an | CASE NO. 1:13-cv-00383-BAM<br><br>**ORDER DISMISSING DEFENDANT DEANNA BUCHHOLZ'S CROSS-COMPLAINT AGAINST STRONGTOWER FINANCIAL INC. WITH PREJUDICE**<br><br>**ORDER DISMISSING WITH DEFENDANT DEANNA BUCHHOLZ'S THIRD-PARTY COMPLAINT AGAINST CALIFORNIA BAPTIST CORPORATION WITH PREJUDICE**<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE PARTIES ON THE DOCKET** |

| | |
|---|---|
| Individual; and DOES 1-250,<br><br>    Defendants. | |
| DEANNA L. BUCHHOLZ, an individual,<br><br>    Cross-Complainant and<br>    Third-Party Plaintiff,<br><br>v.<br><br>STRONGTOWER FINANCIAL INC., a California corporation,<br><br>    Cross-Defendant, and<br><br>CALIFORNIA BAPTIST FOUNDATION, a California charitable corporation,<br><br>    Third-Party Defendant. | |

Pursuant to the stipulation filed on November 14, 2014 between the parties (Doc. 111), Deanna Buchholz's Counterclaims against Cross-Defendant Strongtower Financial Inc., a California corporation, and Third-Party Defendant California Baptist Foundation ("CBF"), a California charitable corporation, are dismissed with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii).  The Clerk of the Court shall terminate these parties on the docket accordingly.
IT IS SO ORDERED.

Dated: **November 14, 2014**      /s/ *Barbara A. McAuliffe*
                  UNITED STATES MAGISTRATE JUDGE