**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY<br><br>            Plaintiff,<br>v.<br><br>STRONGTOWER FINANCIAL INC., a California Corporation; DEANNA L. BUCHHOLZ, an individual; ERIC HIRSCHFIELD, an individual; JAMES WINTER an individual; KATHERINE S. WESTLAKE an individual; RAYMOND K. JONES an individual; ANA GONZALEZ, an individual and trustee of Gonzalez Trust UAD 5-29-07 and the Estate of Cesar T. Gonzalez; VICTOR MICHELS, an individual, JEFFREY S. RAYNES, an individual and as trustee of the Jeffrey S. Raynes Defined Benefit and 401K Profit Sharing Plan and Trust; RANDI ARMSTRONG, an individual, AND KATHERINE A. GARRETT, an individual; and DOES 1-250<br><br>            Defendants | Case No. 1:13-CV-00383-LJO-BAM<br><br>**ORDER DISMISSING DEFENDANT KATHLEEN A. GARRETT FROM THIS ACTION**<br><br>**ORDER DIRECTING THE CLERK TO TERMINATE KATHLEEN A. GARRETT ON THE DOCKET** |

Pursuant to the stipulation filed on November 14, 2014 (Doc. 113) between Plaintiff Westchester Surplus Lines Insurance Company, and Defendant Kathleen A. Garret, Defendant Kathleen A. Garret is dismissed from this action without prejudice under Fed. R. of Civ. P. 41(a)(l)(A)(ii).  Each party is to bear its own costs and attorney's fees.  The Clerk of the Court is directed to terminate Kathleen A. Garret on the docket.

IT IS SO ORDERED.

Dated:   **November 14, 2014**             /s/ *Barbara A. McAuliffe*
                                                                      UNITED STATES MAGISTRATE JUDGE