1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11

12

13

14

15

16

| | |
|---|---|
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY, | Case No.  1:13-cv-00383-BAM |
| Plaintiff, | ORDER |
| v. | |
| STRONGTOWER FINANCIAL INC. et al., | |
| Defendants. | |

17

18   On November 20, 2014, the Court held a telephonic conference regarding settlement of

19 this matter.  In light of the parties' representations at the conference, the Court will schedule

20 another hearing regarding settlement for December 23, 2014 at 3:00 p.m.  Defendant Jeffrey S.

21 Raynes shall file a brief regarding the settlement issues discussed with the Court by December 4,

22 2014.  Plaintiff Westchester Surplus Lines Insurance Company may file a responsive brief on or

23 before December 18, 2014.  The parties may appear by telephone if requested in advance.  If the

24 parties settle the matter in advance of the December 23 hearing, the parties shall notify Judge

25 Boone's courtroom deputy as soon as practicable.

26   Accordingly, it is HEREBY ORDERED that:

27   1.   A further telephone conference regarding settlement is scheduled for December

28     23, 2014 at 3:00 p.m. in Courtroom 9 (SAB) before United States Magistrate

1

1      Judge Stanley A. Boone;

2      2.      Defendant Jeffrey S. Raynes shall file his brief on or before December 4, 2014;

3      3.      Plaintiff Westchester Surplus Lines Insurance Company shall file a responsive

4              brief on or before December 18, 2014.

5

6  IT IS SO ORDERED.

7  Dated:    **November 20, 2014**      _____

                                        UNITED STATES MAGISTRATE JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28