RICHARD S. ENDRES, Esq.  (SBN 144853)
rendres@londonfischer.com
JONATHON F. SHER, Esq. (SBN 58288)
jsher@londonfischer.com
**LONDON FISCHER LLP**
2505 McCabe Way, Suite 100
Irvine, California 92614
Telephone:  (949) 252-0550
Facsimile:   (949) 252-0553

Attorneys for Plaintiff
WESTCHESTER SURPLUS LINES INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY<br><br>            Plaintiff,<br>v.<br><br>STRONGTOWER FINANCIAL INC., a California Corporation; DEANNA L. BUCHHOLZ, an individual; ERIC HIRSCHFIELD, an individual; JAMES WINTER an individual; KATHERINE S. WESTLAKE an individual; RAYMOND K. JONES an individual; ANA GONZALEZ, an individual and trustee of Gonzalez Trust UAD 5-29-07 and the Estate of Cesar T. Gonzalez; VICTOR MICHELS, an individual, JEFFREY S. RAYNES, an individual and as trustee of the Jeffrey S. Raynes Defined Benefit and 401K Profit Sharing Plan and Trust; RANDI ARMSTRONG, an individual, AND KATHERINE A. GARRETT, an individual; and DOES 1-250<br><br>            Defendants | Case No. 1:13-CV-00383-BAM<br><br>**STIPULATION FOR DISMISSAL OF ACTION AS TO DEFENDANT VICTOR MICHELS;  ORDER**<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE VICTOR MICHAELS ON THE DOCKET** |

    IT IS HEREBY STIPULATED pursuant to Federal Rule of Civil Procedure 4 J(a)(l)(A)(ii) by and between plaintiff Westchester Surplus Lines Insurance Company, by and

through its attorney of record, London Fischer, LLP, and defendant Victor Michels, by and through his attorney of record Law Office of Place & Hanley, PLLC, that this action be dismissed without prejudice as to defendant Victor Michels.

Each party is to bear its own attorney's fees and costs.

Dated: November 24, 2014                LONDON FISCHER LLP

                                        By: **/s/ Jonathon F. Sher**
                                            Richard S. Endres
                                            Jonathon F. Sher
                                            Attorneys for Plaintiff
                                            WESTCHESTER SURPLUS LINES
                                            INSURANCE COMPANY

Dated: November 21, 2014                LAW OFFICES OF PLACE &
                                        HANLEY, PLLC

                                        By: **/s/ Randall C. Place**
                                            Randall C. Place
                                            Attorney for Defendant
                                            VICTOR MICHELS (an individual)

**ORDER**

Pursuant to the stipulation filed on November 24, 2014 (Doc. 120) between Plaintiff, Westchester Surplus Lines Insurance Co., and Defendant Victor Michels, Defendant Victor Michels is dismissed from this action with prejudice under Fed. R. Civ. Pro. 41(a)(1)(A)(ii). Each party is to bear its own attorney's fees and costs. The Clerk is directed to terminate Victor Michels on the docket.

IT IS SO ORDERED.

Dated:  **November 24, 2014**          /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE