# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>STRONGTOWER FINANCIAL INC., et al.,<br><br>    Defendants. | Case No. 1:13-cv-00383-BAM<br><br>ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO ENFORCE SETTLEMENT |

The parties to this action reached an agreement to settle during a settlement conference before the undersigned on June 20, 2014. (ECF No. 94.) A number of the parties have filed dispositional documents and their claims have been dismissed pursuant to the settlement agreement. However, the Court has held numerous telephonic conferences regarding the failure of the remaining parties to consummate the settlement agreement.

On December 23, 2014, a telephonic conference was held regarding with those parties who have failed to consummate the settlement agreement. Counsel Jonathon F. Sher and Richard S. Endres appeared for Plaintiff, and counsel Tom Jacobson appeared for Defendants Randi Armstrong and Jeffrey S. Raynes.

Based on the December 23, 2014 hearing, the Court shall set a briefing schedule for a motion to enforce the settlement or alternately for dispositional documents to be filed.

Accordingly, IT IS HEREBY ORDERED that:

1. A motion to enforce the settlement shall be filed on or before January 6, 2015;

2. Any opposition to the motion to enforce the settlement shall be filed on or before January 13, 2015;

3. A hearing on the motion to enforce the settlement shall be held before the undersigned on January 21, 2015, at 11:00 a.m. in Courtroom 9;

4. **If a motion to enforce the settlement is filed, the attorneys and their clients shall personally appear at the January 21, 2015 hearing;**

5. If no motion to enforce the settlement is filed, the hearing date shall be vacated **and dispositional documents shall be filed on or before January 21, 2015**; and

6. Failure to comply with this order shall result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:   **December 24, 2014**

UNITED STATES MAGISTRATE JUDGE