# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTCHESTER SURPLUS LINES INSURANCE,<br><br>    Plaintiff,<br><br>    v.<br><br>STRONGTOWER FINANCIAL INC., et al.,<br><br>    Defendants. | Case No.  1:13-cv-00383-BAM<br><br>ORDER VACATING JANUARY 21, 2015 HEARING |

On December 24, 2014, an order issued requiring the parties to file any motion to enforce the settlement of this action by January 6, 2015.  The order further provided that "[i]f no motion to enforce the settlement is filed, the hearing date shall be vacated **and dispositional documents shall be filed on or before January 21, 2015**[.]  (Order Setting Briefing Schedule for Motion to Enforce Settlement 2:9-10, ECF No. 126 (emphasis in original).)  No motion to enforce the settlement was filed by January 6, 2015.

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing set for January 21, 2015 is VACATED;
2. The parties are not required to appear on that date; and

///

///

1

3. Failure to file dispositional documents by January 21, 2015 in compliance with the December 24, 2014 order will result in the imposition of sanctions in this matter.

IT IS SO ORDERED.

Dated: **January 13, 2015**

_____
UNITED STATES MAGISTRATE JUDGE