**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY<br><br>            Plaintiff,<br>v.<br><br>STRONGTOWER FINANCIAL INC., a California Corporation; DEANNA L. BUCHHOLZ, an individual; ERIC HIRSCHFIELD, an individual; JAMES WINTER an individual; KATHERINE S. WESTLAKE an individual; RAYMOND K. JONES an individual; ANA GONZALEZ, an individual and trustee of Gonzalez Trust UAD 5-29-07 and the Estate of Cesar T. Gonzalez; VICTOR MICHELS, an individual, JEFFREY S. RAYNES, an individual and as trustee of the Jeffrey S. Raynes Defined Benefit and 401K Profit Sharing Plan and Trust; RANDI ARMSTRONG, an individual, AND KATHERINE A. GARRETT, an individual; and DOES 1-250<br><br>            Defendants. | Case No. 1:13-CV-00383-LJO-BAM<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF ACTION AS TO DEFENDANTS JEFFREY S. RAYNES AND RANDI ARMSTRONG** |

Based on the stipulation filed on January 14, 2015 (Doc. 128) between Plaintiff Westchester Surplus Lines Insurance Company and Defendants Jeffrey Raynes, an individual and as trustee of the Jeffrey S. Raynes Defined Benefit and 401K Profit Sharing Plan and Trust and Randi Armstrong, IT IS SO ORDERED that this action is DISMISSED without prejudice as to these defendants only under Fed. R. Civ. P. 41(a)1(A)(ii). Each party is to bear its own attorney's fees and costs. The Clerk of the Court is directed to terminate Jeffrey S. Raynes and Randi Armstrong on the docket.

IT IS SO ORDERED.

   Dated:   **January 14, 2015**           /s/ *Barbara A. McAuliffe*        
                                                     UNITED STATES MAGISTRATE JUDGE