# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTCHESTER SURPLUS LINES INSURANCE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STRONGTOWER FINANCIAL, INC., et al.,<br><br>　　　　Defendants. | Case No.  1:13-cv-00383-BAM<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE ACTION |

　　　　On March 14, 2013, Plaintiff Westchester Surplus Lines Insurance ("Westchester") filed a complaint against Defendants Strongtower Financial, Inc. ("Strongtower"), Deanna Buchholz, Eric Hirschfiled, James Winter, Katherine S. Westlake, Raymond K. Jones, Ana Gonzalez, Victor Michels, Jeffrey S. Raynes, Randi Armstrong, and Katherine A. Garrett.  (ECF No. 1.) On September 17, 2013, Deanna Buchholz filed a cross claim against Strongtower and a third-party complaint against the California Baptist Foundation.  (ECF No. 48.)  On September 25, Defendants Winter and Hirschfield were dismissed from this action by stipulation of the parties.  (ECF No. 51.)  Defendant Jones was dismissed on January 3, 2014.  (ECF No. 63.)

　　　　On June 20, 2014, the undersigned conducted a settlement conference in which the parties agreed to settle this action.  (ECF No. 94.)  On November 6, 2014, an order was filed entering Plaintiff Westchester and Defendant Strongtower's stipulated judgment.  (ECF No.

1

108.)  On November 17, 2014, Deanna Buchholz' cross claim and third party complaint were dismissed.  (ECF No. 114.)  The remaining individual defendants have now been dismissed from this action by stipulation of the parties.  (ECF Nos. 103, 110, 115, 122, 123, 129.)

Accordingly, this action has now been disposed of it is entirety and the Clerk of the Court is HEREBY DIRECTED to close this action.

IT IS SO ORDERED.

Dated:   **January 30, 2015**

UNITED STATES MAGISTRATE JUDGE